**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:          Scott Richard Pendergraft v. The State of Texas

Appellate case numbers:   01-18-00033-CR & 01-18-00034-CR

Trial court case numbers:   1512987 & 1512988

Trial court:                          262nd District Court of Harris County

   This Court's May 31, 2018 Order had granted the appellant's alternative motion to abate these appeals and ordered the district clerk to file a supplemental clerk's record with the presentence investigation ("PSI") report. On June 13, 2018, a supplemental clerk's record was filed in each case in this Court attaching the PSI report.

   Accordingly, the Court sua sponte directs the Clerk of this Court to **REINSTATE** these cases on the Court's active docket and appellant's brief, which may be combined for both appeals, is **ORDERED** to be filed within **30 days** of the date of this order. *See* TEX. R. APP. P. 2, 34.5(c)(3), 38.6(a)(1). The State's appellate brief, if any, is **ORDERED** to be filed no later than **30 days** from the filing of appellant's brief. *See* TEX. R. APP. P. 38.6(b).

   It is so ORDERED.

Judge's signature: /s/ Evelyn V. Keyes
      ☑ Acting individually ☐ Acting for the Court
Date: June 19, 2018